Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| REBECCA HIGDON, on behalf of herself and all others similarly situated,<br>Plaintiff,<br>v.<br>GERBER LIFE INSURANCE COMPANY, and DOES 1-10,<br>Defendants. | NO. 3:26-cv-05316-JHC<br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LCR 7.1 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, Defendant Gerber Life Insurance Company ("Gerber Life") hereby files its Corporate Disclosure Statement. Gerber Life, a non-governmental party, is wholly owned by The Western and Southern Life Insurance Company, a private Ohio Corporation, with its principal place of

. . .

. . .

. . .



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

business located in the State of Ohio. No publicly held company owns 10 percent or more of Gerber Life.

DATED this 8th day of April, 2026.

**CARNEY BADLEY SPELLMAN, P.S.**

*s/ Mark Rosencrantz*

Mark Rosencrantz, WSBA #26552
rosencrantz@carneylaw.com
Jason W. Anderson, WSBA #30512
Anderson@carneylaw.com
Rory D. Cosgrove, WSBA #48647
cosgrove@carneylaw.com
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

*AND*

**KELLEY DRYE & WARREN LLP**

*s/ Lauri A. Mazzuchetti*

Lauri A. Mazzuchetti (pro hac vice)
LMazzuchetti@KelleyDrye.com
Ryan M. Dunn
RDunn@KelleyDrye.com
7 Giralda Farms, Suite 340
Madison, NJ 07940
Phone: (973) 503-5900
Fax: (973) 503-5950

Damon W. Suden (pro hac vice)
DSuden@KelleyDrye.com
3 World Trade Center
175 Grenwich Street
New York, NY 1007
Phone: (212) 808-7800
Fax: (212) 828-7897

*Attorneys for Defendant Gerber Life Insurance Company*

We certify that this memorandum contains 71 words, in compliance with the Local Civil Rules.



**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020