Mark Rosencrantz, WSBA #26552
**CARNEY BADLEY SPELLMAN, PS**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
Telephone: (206) 622-8020
Facsimile: (206) 467-8215

Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
Damon W. Suden (*pro hac vice* forthcoming)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5900
Facsimile: (973) 503-5950
*Attorneys for Defendant Gerber Life*
*Insurance Company*

# UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

REBECCA HIGDON, on behalf of herself
and all others similarly situated,

              Plaintiff,

      v.

GERBER LIFE INSURANCE COMPANY,
and DOES 1-10,

              Defendants.

Case No. 3:26-cv-05316-JHC

**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER**

      Plaintiff Rebecca Higdon ("Plaintiff") and Defendant Gerber Life Insurance Company ("Gerber Life"), by and through their undersigned counsel, respectfully request that the Court's deadline for Gerber Life to answer, move, or otherwise respond to the Complaint be extended to May 7, 2026.

      Gerber Life removed the within action to this Court on March 31, 2026. Pursuant to Federal Rule of Civil Procedure Rule 81(c), Gerber Life's deadline to answer, move, or otherwise

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER – 1

4938-2681-7437v.1

respond to the Complaint is April 7, 2026.  The parties, through their counsel, have conferred and agreed to extend the time for Gerber Life to answer, move, or otherwise respond to the Complaint until May 7, 2026, if so permitted by the Court.

The additional time is requested because Gerber Life recently retained its undersigned counsel, and additional time is necessary to investigate the allegations in the Complaint.

Accordingly, the parties respectfully move the Court to extend the time for Gerber Life to answer, move, or otherwise respond to the Complaint to May 7, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 2, 2026

**NORTHWEST DEBT RESOLUTION, LLC**

*/s/ Peter Schiender*
Peter Schneider, WSBA #290474
10900 NE 4th Street, Ste 2300
Bellevue, WA 98004
Telephone: (206) 800-6000
peter@nwdebtresolution.com

*Attorneys for Plaintiff Rebecca Higdon*

**CARNEY BADLEY SPELLMAN, PS**

*/s/ Mark Rosencrantz*
Mark Rosencrantz, WSBA #26552
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010
(206) 622-8020
rosencrantz@carneylaw.com

*Attorneys for Defendant Gerber Life Insurance Company*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER – 2

4938-2681-7437v.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 8th day of April, 2026.

HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER – 3

4938-2681-7437v.1