**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| REBECCA HIGDON, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>GERBER LIFE INSURANCE COMPANY, and DOES 1-10,<br><br>                Defendants. | Case No. 3:26-cv-05316-JHC<br><br>**STIPULATED MOTION AND ORDER EXTENDING TIME TO ANSWER** |

Plaintiff Rebecca Higdon ("Plaintiff") and Defendant Gerber Life Insurance Company ("Gerber Life"), by and through their undersigned counsel, respectfully request that the Court's deadline for Gerber Life to answer, move, or otherwise respond to the First Amended Complaint be extended to May 21, 2026.

Gerber Life removed the within action to this Court on March 31, 2026. Pursuant to Federal Rule of Civil Procedure Rule 81(c), Gerber Life's original deadline to answer, move, or otherwise respond to the Complaint was April 7, 2026. On April 8, 2026, the Court granted the parties' stipulated motion to extend the time for Gerber Life to answer, move, or otherwise respond to the Complaint until May 7, 2026.

On April 15, 2026, Plaintiff filed her First Amended Complaint.

The parties, through their counsel, have conferred and agreed to extend the time for Gerber Life to answer, move, or otherwise respond to the Complaint until May 21, 2026, if so permitted by the Court, to enable the parties to explore potential resolution of the matter without incurring the costs of motion practice and to enable Gerber Life additional time to investigate the allegations in the First Amended Complaint.

Accordingly, the parties respectfully move the Court to extend the time for Gerber Life to answer, move, or otherwise respond to the First Amended Complaint to May 21, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 1, 2026

| **NORTHWEST DEBT RESOLUTION, LLC** | **CARNEY BADLEY SPELLMAN, PS** |
|---|---|
| *s/ Peter Schneider* | *s/ Mark Rosencrantz* |
| Peter Schneider, WSBA #290474 | Mark Rosencrantz, WSBA #26552 |
| 10900 NE 4th Street, Ste 2300 | 701 Fifth Avenue, Suite 3600 |
| Bellevue, WA 98004 | Seattle, Washington 98104-7010 |
| Telephone: (206) 800-6000 | (206) 622-8020 |
| peter@nwdebtresolution.com | rosencrantz@carneylaw.com |
| *Attorneys for Plaintiff Rebecca Higdon* | *Attorneys for Defendant Gerber Life Insurance Company* |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 1st day of May, 2026.

JOHN H. CHUN
United States District Judge